1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
5  Chief, Tax Division

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7017
      FAX:       (415) 436-7009
8
   Attorneys for United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                   OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,            )   No. CR 12-00381-YGR
13                                      )
              Plaintiff,                )
14                                      )
         v.                             )   STIPULATION TO RESCHEDULE
15                                      )   CHANGE OF PLEA HEARING AND
   NAUSHAD BUKSH,                       )   EXCLUDE TIME AND [~~PROPOSED~~]
16                                      )   ORDER
              Defendant.                )
17  _____ )

18      For the reason that it is necessary to provide Defendant Naushad Buksh with a Hindi

19  interpreter for January 3, 2013, Change of Plea hearing and because the only Hindi interpreter

20  under contract with the United States District Court is unavailable on that date;

21      It is hereby stipulated by and between Plaintiff United States of America and Defendant

22  Naushad Buksh, through their respective counsel, as follows:

23      1. That the Change of Plea hearing set for January 3, 2013 be rescheduled for January 24,

24  2013, at 2:00 p.m.

25  //

26  //

27  //

28  //

2.  That the period of delay from January 3, 2013, to January 24, 2013, shall be excluded pursuant to 18 U. S.C., § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this exclusion allowing for continuity of counsel and for adequate trial preparation in this tax matter outweigh the best interest of the public and the defendant in a speedy trial.

                MELINDA HAAG
                United States Attorney

| /s/ | /s/ |
|---|---|
| ERNESTO CASTILLO | THOMAS MOORE |
| Attorney for the Defendant | Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   January 2, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

2