```
1  H. ERNESTO CASTILLO (Cal. Bar No. 220900)
      One Kaiser Plaza, Suite 2300
2     Oakland, California 94612-3642
      Telephone: (510) 836-0100
3     Facsimile: (510) 832-3690
      E-mail:    beleslaw@yahoo.com
4
   Attorney for Defendant
5  NAUSHAD BUKSH
```

United States District Court

Northern District of California

| UNITED STATES OF AMERICA, | ) | **CR No. 4:12-00381-YGR-1** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING SENTENCING AS TO DEFENDANT BUKSH** |
| v. | ) | |
| NAUSHAD BUKSH, | ) | |
| Defendant. | ) | |

**STIPULATION CONTINUING SENTENCING**

It is hereby stipulated by and between Defendant NAUSHAD BUKSH, by and through his undersigned counsel, the United States of America, through Assistant United States Attorney THOMAS MOORE, and the United States Probation Office, through U.S. Probation Officer CONSTANCE M. COOK, that the Sentencing hearing, currently set for Thursday, April 11, 2013, be vacated and continued to Thursday, May 9, 2013.

The continuance is requested by defense counsel because the defendant's interview with probation was delayed. Mr. Buksh is employed and unfortunately could not take time off from work to attend the initially scheduled probation interview. The Probation department gracefully accommodated the defense request to reschedule and the interview was completed on March 5, 2013 at 1:30 p.m.

Because the interview process was delayed, the defense is requesting the sentencing date be continued to afford defense counsel sufficient time to have the interview incorporated into its sentencing memorandum.

Respectfully submitted,

DATED: March 12, 2013     /s/ HEC_____
H. ERNESTO CASTILLO
Attorney for *NAUSHAD BUKSH*

DATED: March 12, 2013     /s/ TM_____
THOMAS MOORE
Assistant U.S. Attorney

MELINDA HAAG
United States Attorney

DATED: March 12, 2013     /s/ CMC_____
CONSTANCE M. COOK,
U.S. Probation Officer

**IT IS SO ORDERED.**

DATED: March 14, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE