1  H. ERNESTO CASTILLO (Cal. Bar No. 220900)
       One Kaiser Plaza, Suite 2300
2      Oakland, California 94612-3642
       Telephone: (510) 836-0100
3      Facsimile: (510) 832-3690
       E-mail:    beleslaw@yahoo.com
4
   Attorney for Defendant
5  NAUSHAD BUKSH

6

7                United States District Court

8                Northern District of California

9

10 UNITED STATES OF AMERICA,    )   **CR No. 4:12-00381-YGR-1**
                                )
11            Plaintiff,        )   **CORRECTED STIPULATION AND**
                                )    **ORDER CONTINUING**
12       v.                     )   **SENTENCING AS TO DEFENDANT BUKSH**
                                )
13 NAUSHAD BUKSH,               )
                                )
14            Defendant.        )
   _____)
15
                **[CORRECTED] STIPULATION CONTINUING SENTENCING**
16

17     It is hereby stipulated by and between Defendant NAUSHAD BUKSH,

18 by and through his undersigned counsel, the United States of America,

19 through Assistant United States Attorney THOMAS MOORE, and the United

20 States Probation Office, through U.S. Probation Officer CONSTANCE M.

21 COOK, that the Sentencing hearing, currently set for Thursday, May 9,

22 2013 at 2:00 p.m., be vacated and continued to **Wednesday, June 12,**

23 **2013 at 2:00 p.m**.

24     Defense counsel is currently scheduled to begin a jury trial on

25 People v. Mosqueda, Case No. H51281, in the county of Alameda on May

26 1, 2013.  This case is a multiple count 288(A) case in which multiple

27 witnesses have been subpoenaed to testify and is expected to last

28 approximately three weeks.

1   Additionally, defense counsel is expecting the birth of his
2   second child on May 23, 2013 and will be taking one week of family
3   leave beginning on that date through May 31, 2013.
4   For the aforementioned reasons, the parties respectfully request
5   that the sentencing hearing set for Thursday, May 9, 2013 at 2:00
6   p.m. be vacated and reset to **Wednesday, June 12, 2013 at 2:00 p.m.**

Respectfully submitted,

DATED: May 1, 2013                /s/ HEC_____
                                  H. ERNESTO CASTILLO
                                  Attorney for *NAUSHAD BUKSH*

DATED: May 1, 2013                /s/ TM_____
                                  THOMAS MOORE
                                  Assistant U.S. Attorney

                                  MELINDA HAAG
                                  United States Attorney

DATED: May 1, 2013                /s/ CMC_____
                                  CONSTANCE M. COOK,
                                  U.S. Probation Officer

**IT IS SO ORDERED.**

DATED: May 2, 2013                _____
                                  HON. YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT JUDGE