H. Ernesto Castillo, Bar No. 220900
The Ordway Building
1 Kaiser Plaza, Suite 2300
Oakland, CA 94612

Attorney for Naushad Buksh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR 12-00381-1 YGR |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| Naushad Buksh, | ) **CONTINUE SENTENCING** |
| Defendant | ) |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

It is hereby stipulated by H. Ernesto Castillo, counsel for Naushad Bush, Assistant U.S. Attorney Thomas Moore, and U.S. Probation Officer Constance Cook, that the sentencing hearing currently set for Wednesday June 12, 2013 at 2:00 p.m. be vacated and continued to Wednesday June 20, 2013 at 2:00 p.m.

Defense counsel has received new and unexpected medical information that may reflect on Mr. Buksh's current mental health and, possibly, impact sentencing in this matter. The defense needs the requested additional time to investigate this information and determine what potential significance it may have on this case.

For this reason the defense requests that the sentencing hearing be continued to June 20, 2013 at 2:00 p.m.

Respectfully submitted,

Dated: June 11, 2013         /s/ HEC_____
                             H. ERNESTO CASTILLO
                             Attorney for Naushad Buksh

| | |
|---|---|
| Dated: June 11, 2013 |    /s/ TM<br>THOMAS MOORE<br>Assistant U.S. Attorney |
| Dated: June 11, 2013 |    /s/ CMC<br>CONSTANCE M. COOK<br>U.S. Probation Officer |

**IT IS SO ORDERED.**

Dated:  June 11, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE